# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**FREDERICK EARL BUCKHALTER**                  **PETITIONER**

v.                                        **CAUSE NO. 1:17CV191-LG-LRA**

**STATE OF MISSISSIPPI;**
**JACQUELYN BANKS,**
**Superintendent; and MARSHAL**
**TURNER, Warden**                                  **RESPONDENTS**

## JUDGMENT

This matter having come on to be heard on the [22] Report and Recommendation entered by United States Magistrate Judge Linda R. Anderson, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the [22] Report and Recommendation entered by United States Magistrate Judge Linda R. Anderson be, and the same hereby is, **ADOPTED** as the finding of this Court. This lawsuit is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2018.

                                           s/ *Louis Guirola, Jr.*
                                           LOUIS GUIROLA, JR.
                                           UNITED STATES DISTRICT JUDGE