IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FREDERICK EARL BUCKHALTER**           **PETITIONER**

v.           **CAUSE NO. 1:17CV191-LG-LRA**

**STATE OF MISSISSIPPI;
JACQUELYN BANKS,
Superintendent; and MARSHAL
TURNER, Warden**           **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

   _X_ A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

   ___ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2018.

                              s/ *Louis Guirola, Jr.*
                              LOUIS GUIROLA, JR.
                              UNITED STATES DISTRICT JUDGE